
565832

INDEX NO: 9253/07
FILE DATE:
ATTY: KARIM H. KAMAL
630 FIFTH AVENUE
STE 3163
NEW YORK, NY 10111

**U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK**

EPS No: 549119
Attorney File No:
Batch No: 0

STATE OF NEW YORK: COUNTY OF NEW YORK

**GARY SILVER**                                                                                       Plaintiff(s)

- against -

**THE CITY OF NEW YORK P.O. EUGENE MADISON (SHIELD # 03918)**                    Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
PATRICK PARET BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 10/25/2007 at 12:44PM at 100 CHURCH STREET, NEW YORK, NY 10007, deponent served the within SUMMONS IN A CIVIL ACTION on THE CITY OF NEW YORK. At time of service the index number and date of filing were on the SUMMONS IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with THE CITY OF NEW YORK and that the deponent knew the person so served to be the GENERAL AGENT, TAMEKIA MENDEL-GAMMON, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: 28          Approximate weight: 150         Approximate height: 5'7"
Color of skin: BLACK         Color of hair: BLACK            Sex: F

0987LL9
P Park

Sworn to before me on  10/26/2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

**JUDGE STEIN**

AO 440 (Rev. 8/01) Summons in a Civil Action

**07 CIV 9253**

## UNITED STATES DISTRICT COURT

Southern District of New York

GARY SILVER

V.

THE CITY OF NEW YORK
P.O. EUGENE MADISON (Shield #03918)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

THE CITY OF NEW YORK
P.O. EUGENE MADISON (Shield #03918)
NEW YORK, NY

[Stamp: CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL COMMUNICATIONS SECTION   2007 OCT 25 PM 12 44]

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karim H. Kamal (KK 2279)
Gabbard & Kamal, LLP
630 Fifth Avenue, Suite 3163
New York, NY 10111
Ph: (212) 586-0510
Fax: (212) 262-9586

EPS # 549119
FILE COPY

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL M

OCT 1 6 2007

CLERK                                       DATE

(By) DEPUTY CLERK