```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GARY SILVER,                              :        07 Civ. 9253 (SHS)

                        Plaintiff,        :

        -against-                         :        ORDER

THE CITY OF NEW YORK, *ET AL.*,           :

                        Defendants.       :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.      The next pretrial conference is scheduled for April 11, 2008, at 10:00 a.m.;

and

        2.      The last day for completion of discovery is April 11, 2008.


Dated:  New York, New York
        January 18, 2008


                                SO ORDERED:


                                _____
                                Sidney H. Stein, U.S.D.J.