UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GARY SILVER,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER EUGENE
MADISON (Shield # 03918), in his professional and individual
capacities, John Does,

                                        Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 9253 (SHS)(KNF)

**PLEASE TAKE NOTICE** that **Leticia J. Santiago**, Senior Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Eugene Madison, effective April 11, 2008, replacing ACC Jordan M. Smith.

Dated: New York, New York
       April 11, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                            of the City of New York
                                        Attorney for Defendants City of New York
                                        and Eugene Madison
                                        100 Church Street, Room 3-161
                                        New York, New York 10007
                                        (212) 788-1573

                                        By: _____
                                            Leticia J. Santiago
                                            Senior Counsel
                                            Special Federal Litigation Division

To:   Karim H. Kamal, Esq. (by fax)
      Bob Walters, Esq.
      Attorneys for Plaintiff
      1270 Avenue of the Americas, Suite 2115
      New York, NY 10020
      Fax: (212) 262-9586 & (212) 254-3861