USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GARY SILVER,                                   :     07 Civ. 9253 (SHS)

                Plaintiff,          :

   -against-                                  :     ORDER

THE CITY OF NEW YORK, *ET AL.*,               :

                Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that:

     1.    The next pretrial conference will take place on May 30, 2008, at 11:00 a.m.;

     2.    The last day for completion of discovery is extended to May 30, 2008; and

     3.    If defendants intend to move for summary judgment, they shall submit a letter to the Court in advance of May 30, outlining the basis of the motion for summary judgment.

Dated: New York, New York
       April 12, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.