UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

GARY SILVER,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER EUGENE
MADISON (Shield # 03918), in his professional and individual
capacities, John Does,

                                Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 9253 (SHS)(KNF)

       **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants the City of New York and Eugene Madison, effective immediately, replacing Senior Counsel Leticia J. Santiago.

Dated:  New York, New York
          May 19, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                            of the City of New York
                                        Attorney for Defendants City of New York
                                        and Eugene Madison
                                        100 Church Street, Room 3-209
                                        New York, New York 10007
                                        (212) 788-8684

                              By:    _____
                                          Maurice L. Hudson
                                          Special Federal Litigation Division

To:    Karim Kamal, Esq. & Robert Walters, Esq. (by ECF)
        *Attorneys for Plaintiff*
        Gabbard & Kamal, LLP
        630 Fifth Avenue, Suite 3163
        New York, New York  10111