```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARY SILVER,                                      :
                        Plaintiff,                :
         -against-                                :
THE CITY OF NEW YORK, ET AL.,
                                                  :
                        Defendants.               :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

07 Civ. 9253 (SHS) (KNF)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**XX** Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

All such motions: ____

Dated: New York, New York
       May 30, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.