```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GARY SILVER,                                  :        07 Civ. 9253 (SHS)

                Plaintiff,         :

       -against-                             :        ORDER

THE CITY OF NEW YORK, *ET AL.*,               :

                Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.       The last day to submit a stipulation withdrawing claims is June 6, 2008;

       2.       Defendants shall serve and file their motion for summary judgment on or before July 18, 2008;

       3.       Plaintiff's opposition is due on or before July 25, 2008;

       4.       Defendants' reply is due on or before August 6, 2008; and

       5.       If no motion is made, the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       May 30, 2008

                                               SO ORDERED:

                                               Sidney H. Stein, U.S.D.J.