


**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MAURICE L. HUDSON
Special Federal Litigation Division
(212) 788-8684
fax: (212) 788-9776
mhudson@law.nyc.gov

**MEMO ENDORSED**

June 10, 2008

**BY FAX: (212) 805-6705**

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>Gary Silver v. City of New York, et al.</u> 07-CV-9253 (SHS)(KNF)

Your Honor:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced federal civil rights lawsuit. I write to respectfully request an adjournment of the settlement conference presently scheduled for July 1, 2008, at 10:30 a.m. Plaintiff's counsel, Robert Walters, Esq., consents to this request.

    The reason for this request is that there is a conflict on July 1, 2008, as I am presently scheduled to attend an initial conference before the Honorable Ramon E. Reyes of the Eastern District of New York on that date, commencing at 10:15 a.m.[1]

    Should the Court grant the requested adjournment, the parties are available to attend the conference at the Court's convenience on the afternoon of July 1, 2008, or at such other time on July 2 or 3, 2008, or thereafter, as the Court may designate.

*6/17/08*
*Application granted. The settlement conference will be held on July 2, 2008, at 2:30 p.m., in courtroom 9A. SO ORDERED.*
*Kevin Nathaniel Fox, USMJ*

---

[1] The conference before Magistrate Judge Reyes is in the matter of <u>Terrence Jefferson v. City of New York, et al.</u> 08-CV-975 (CBA)(RER).